# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CORBBLIN B. BUSH,

      **Plaintiff,**

v.                                        **Case No: 6:18-cv-528-Orl-18GJK**

BANK OF AMERICA NA,

      **Defendant.**

---

## ORDER

    This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff Corbblin B. Bush's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 6). On June 21, 2018, the United States Magistrate Judge entered a Report and Recommendation regarding same (Doc. 9), to which no timely objections were filed. After review of the Report and Recommendation (Doc. 9) and noting that no objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 9) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

    2. Plaintiff Corbblin B. Bush's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 6) is **DENIED**.

    3. Plaintiff Corbblin B. Bush's Complaint (Doc. 1) is **DISMISSED** without prejudice.

    4. Plaintiff Corbblin B. Bush is granted leave to do the following no later than twenty-one (21) days after the entry date of this Order:

        a. File an amended complaint; and

b. Pay the filing fee in full or file a motion to proceed *in forma pauperis.*

5. Failure to timely file an amended complaint and to also timely pay the filing fee or file

a motion to proceed *in forma pauperis* will result in the case being closed without further notice.

**DONE** and **ORDERED** in Orlando, Florida, this ____ 3 day of August, 2018.

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties